Form SJOFD

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Citation Homes, Inc. | Case No.: 13–54497 CN 7 |
| Debtor(s) | Chapter: 7 |

**ORDER AND NOTICE RE: FAILURE OF THE DEBTOR(S) TO FILE SCHEDULES, STATEMENTS, OR OTHER REQUIRED DOCUMENTS**
NON INDIVIDUAL CHAPTER 7 DEBTOR(S)

    According to the court's records, the debtor(s) in the Chapter 7 p case has failed to file schedules, statements or other required documents within the time limits provided for in Federal Rule of Bankruptcy Procedure 1007(c). Pursuant to 11 U.S.C. Section 707(a), you are hereby notified that this case will be dismissed within 14 days of the date of filing the petition without further notice or hearing unless within that 14–day period:

1.     The debtor(s) files all documents checked below;

    ☐ List of Creditors;
    ☐ A schedule of assets and liabilities (Schedules A,B,D,E and F);
    ☑ A schedule of executory contracts and unexpired leases (Schedule G);
    ☐ A statement of the debtor's financial affairs;

or

2.     The debtor(s) or a party in interest files a written objection to this order and requests a hearing.


Dated: 8/23/13                                            By the Court:

                                                                                                    Charles Novack
                                                                                                    United States Bankruptcy Judge