LAW OFFICES OF DAVID R. SYLVA
David R. Sylva    State Bar No. 034837
404 Saratoga Avenue, #104
Santa Clara, CA 95050-7000

(408) 985-6068 (Telephone)
(408) 985-6066 (Facsimile)

Attorney for Debtor Citation Homes, Inc.

FILED
SEP - 3 2013
CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (San Jose)

CITATION HOMES, INC.,

    Debtor.

Chapter 7

CASE NO.:    13-54497 CN 7

    Attached hereto is a Schedule of Executory Contracts and Unexpired Leases (Schedule G):

DAVID R. SYLVA
Attorney for
Citation Homes, Inc., Debtor

DECLARATION UNDER PENTALTY OF PERJURY ON BEHALF OF A CORPORATION

    I am the Chief Financial Officer of the Corporation named as debtor in this case and declare under penalty of perjury that I have read the attached Schedule G, consisting of one (1) sheet and that it is true and correct to the best of my knowledge, information and belief.

Dated: September 3, 2013

Daniel M. Ikeda

1

Case: 13-54497    Doc# 5    Filed: 09/03/13    Entered: 09/04/13 14:02:14    Page 1 of 3
Citation Homes, Inc.                                                    Case No. 13-54497 CN 7

B 6G (Official Form 6G) (12/07)

In re  Citation Homes, Inc.               ,        Case No.  13-54497 CN 7
        **Debtor**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 404 Saratoga Avenue, Suite 104, Santa Clara, California 95050. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within action or cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

1. Schedule G – Executory Contracts and Unexpired Leases and Declaration of Chief Financial Officer

on said date at my place of business, a true copy thereof by enclosing said copies in a sealed envelope in the ordinary course of business, addressed to the parties as follows:

Bankruptcy Trustee
Fred Hjelmeset
P.O. Box 4188
Mountain View, CA 94040
E-mail: fhtrustee@gmail.com

[ X ] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

[ ] (BY CERTIFIED, RETURN RECEIPT MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the U.S. mail at Santa Clara, California.

[ ] (BY FACSIMILE) I caused such documents to be delivered by facsimile transmission this date to the offices of the addressee(s), to the fax number noted herein.

[ ] (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ X ] (BY E-MAIL) I caused such documents to be delivered by e-mail transmission this date to the offices of the addressee(s), to the e-mail address noted herein.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed and served on 9-3-2013 at Santa Clara, California.

Lynda Cogburn

Case: 13-54497  Doc# 5  Filed: 09/03/13  Entered: 09/04/13 14:02:14  Page 3 of 3