```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                            Case No. 13-54497-CN
Citation Homes, Inc.                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: admin             Page 1 of 1        Date Rcvd: Sep 26, 2013
                              Form ID: OFT            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2013.
db         +Citation Homes, Inc.,    404 Saratoga Avenue, Suite 100,    Santa Clara, CA 95050-7062
aty         David R. Sylva,    Law Offices of David R. Sylva,    404 Saratoga Ave. #204,
             Santa Clara, CA  95050-7000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2013                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2013 at the address(es) listed below:
              Fred   Hjelmeset    fhtrustee@gmail.com, CA90@ecfcbis.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
                                                                                               TOTAL: 2

Form OFT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Citation Homes, Inc. | Case No.: 13–54497 CN 7<br>Chapter: 7 |

**ORDER AND NOTICE**
**re: Failure to Submit Federal Income Tax Returns to the Trustee**

The trustee has certified that the debtor(s) named above failed to submit a copy of their Federal Income tax return(s) to the Trustee as required by 11 U.S.C.§ 521(e)(2)(A)(i).

IT IS HEREBY ORDERED that unless within 14 days of the date of this order, the debtor(s) either: (a) provides the trustee with a copy of the required tax document(s); (b) files a declaration which demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor; or (c) files a written response to this Order and Notice and requests a hearing, the court SHALL DISMISS this case without further notice or hearing. If a request for a hearing is made by the debtor(s), the trustee will provide written notice of the hearing.

Dated: 9/25/13   By the Court:

Charles Novack
United States Bankruptcy Judge