LAW OFFICES OF DAVID R. SYLVA
DAVID R. SYLVA, ESQ. (#34837)
404 Saratoga Avenue, Suite 104
Santa Clara, CA 95050
Telephone: (408) 985-6068

ATTORNEYS FOR
Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

In re:

CITATION HOMES, INC.,

            Debtor.

Case No. 13-54497 – CN

CHAPTER 7

DECLARATION OF DANIEL M. IKEDA REGARDING DEBTOR'S 2012 FEDERAL INCOME TAX RETURN

I, Daniel M. Ikeda, do hereby declare:

1. I am and at all times relevant herein over the age of 18, the Chief Financial Officer of the Debtor Citation Homes, Inc. ("Debtor"), the Debtor's authorized representative for this bankruptcy case, and authorized by the Debtor to make this declaration on its behalf.

2. I submit this declaration of my own personal knowledge except as to those matters upon which I am informed and believe and as to those matters I am informed and believe them to be true. If called to testify as to the matters stated herein I could do so in an honest and competent manner.

3. As part of my duties as Debtor's Chief Financial Officer I have direct knowledge of and involvement in the preparation and filing of Debtor's federal tax returns. Attached hereto is a

1 | true and correct copy of Debtor's 2012 federal income tax return filed with the Internal
2 | Revenue Service. Debtor's 2012 federal income tax return was Debtor's most recently filed
3 | federal income tax return.
4 | 4.   The Debtor's 2012 federal income tax return is complete and accurate.
5 | I declare under penalty of perjury under the laws of the United States of America that the
6 | foregoing is true and correct and that this declaration was executed at Santa Clara, California,
7 | on October 1, 2013.

_____
Daniel M. Ikeda

2

Case: 13-54497    Doc# 8    Filed: 10/07/13    Entered: 10/07/13 15:58:21    Page 2 of 14

ITATION HOMES INC 2012 Form 1120S

**COMPLETE THIS SECTION**

ite Items 1, 2, and 3. Also complete
f Restricted Delivery is desired.
ur name and address on the reverse
we can return the card to you.
this card to the back of the mailpiece,
ie front if space permits.

iddressed to:

)epartment of the Treasury
nternal Revenue Service
)gden, UT 85201- 0012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
RECEIVED

B. Received by (Printed Name) C. Date of Delivery
MAR 22 2013

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below: OGDEN, UT

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Number: 7009 2820 0002 0102 3327
fer from service label)
3811 February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.32 |
| Certified Fee | | 3.10 |
| Return Receipt Fee (Endorsement Required) | | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.97 |

Postmark Here: SANTA CLARA CA 95050 MAR 14 2013 SPS

Sent To: Department of the Treasury
Street, Apt. No.; or PO Box No.: Internal Revenue Service
City, State, ZIP+4: Ogden, UT 85201-

7009 2820 0002 0102 3327

PS Form 3800, Au

# Form 1120 — U.S. Corporation Income Tax Return

**Form 1120** — Department of the Treasury, Internal Revenue Service
For calendar year 2012 or tax year beginning _____, ending _____
Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.
OMB No. 1545-0123
**2012**

**A Check if:**
1a Consolidated return (attach Form 851) — ☐
b Life/nonlife consolidated return — ☐
2 Personal holding co. (attach Sch. PH) — ☐
3 Personal service corp. (see instructions) — ☐
4 Schedule M-3 attached — ☐

TYPE OR PRINT

**Name:** CITATION HOMES, INC.
**Number, street, and room or suite no.** 404 SARATOGA AVE, SUITE 100
**City or town, state, and ZIP code:** SANTA CLARA, CA 95050

**B Employer identification number:** 94-2147939
**C Date incorporated:** 01/16/1971
**D Total assets (see instructions):** $

**E Check if:** (1) Initial return ☐ (2) Final return ☐ (3) Name change ☐ (4) Address change ☐

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Returns and allowances | |
| 1c | Balance. Subtract line 1b from line 1a | |
| 2 | Cost of goods sold (attach Form 1125-A) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Dividends (Schedule C, line 19) | |
| 5 | Interest | |
| 6 | Gross rents | |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (see instructions - attach statement) | |
| 11 | Total income. Add lines 3 through 10 | |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | |
| 13 | Salaries and wages (less employment credits) | |
| 14 | Repairs and maintenance | |
| 15 | Bad debts | |
| 16 | Rents | |
| 17 | Taxes and licenses  SEE STATEMENT 1 | 800. |
| 18 | Interest | |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach statement) | |
| 27 | Total deductions. Add lines 12 through 26 | 800. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -800. |
| 29a | Net operating loss deduction (see instructions)   NONE   STMT 2 | |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | Add lines 29a and 29b | NONE |

## Tax, Refundable Credits, and Payments

| Line | Description | Amount |
|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 (see instructions) | -800. |
| 31 | Total tax (Schedule J, Part I, line 11) | NONE |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | NONE |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | |
| 36 | Enter amount from line 35 you want: Credited to 2013 estimated tax ____ Refunded ▶ | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signed]   Date: 3/14/13   Title: CFO

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| GARY KRUTILLA | Gary K | 3-8-13 | ☒ | P00557815 |

Firm's name: KRUTILLA & ASSOCIATES
Firm's address: 350 N. WIGET LANE, STE 150, WALNUT CREEK, CA 94598
Firm's EIN: 20-4009483
Phone no.: 925-941-5440

For Paperwork Reduction Act Notice, see separate instructions.
Form **1120** (2012)

JSA
2C1110 3.000

6028AW 763R   V12-3.31   94-2147939

Case: 13-54497   Doc# 8   Filed: 10/07/13   Entered: 10/07/13 15:58:21   Page 4 of 14

CITATION HOMES, INC.  94-2147939
Form 1120 (2012) Page 2

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form 1120 (2012)

Case: 13-54497    Doc# 8    Filed: 10/07/13    Entered: 10/07/13 15:58:21    Page 5 of 14

JSA
2C1120 2.000

6028AW  763B                         V12-3.3T    94-2147939             8

## Schedule J — Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | |
| 3 | Alternative minimum tax (attach Form 4626) | NONE |
| 4 | Add lines 2 and 3 | NONE |
| 5a | Foreign tax credit (attach Form 1118) | |
| b | Credit from Form 8834, line 30 (attach Form 8834) | |
| c | General business credit (attach Form 3800) | |
| d | Credit for prior year minimum tax (attach Form 8827) | |
| e | Bond credits from Form 8912 | |
| 6 | Total credits. Add lines 5a through 5e | |
| 7 | Subtract line 6 from line 4 | NONE |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | |
| 9a | Recapture of investment credit (attach Form 4255) | |
| b | Recapture of low-income housing credit (attach Form 8611) | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | |
| f | Other (see instructions - attach statement) | |
| 10 | Total. Add lines 9a through 9f | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | NONE |

### Part II - Payments and Refundable Credits

| | | |
|---|---|---|
| 12 | 2011 overpayment credited to 2012 | |
| 13 | 2012 estimated tax payments | |
| 14 | 2012 refund applied for on Form 4466 | ( ) |
| 15 | Combine lines 12, 13, and 14 | |
| 16 | Tax deposited with Form 7004 | |
| 17 | Withholding (see instructions) | |
| 18 | Total payments. Add lines 15, 16, and 17 | |
| 19 | Refundable credits from: | |
| a | Form 2439 | |
| b | Form 4136 | |
| c | Form 8827, line 8c | |
| d | Other (attach statement - see instructions) | |
| 20 | Total credits. Add lines 19a through 19d | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | |

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| | a Business activity code no. ▶ 531390 | | |
| | b Business activity ▶ INACTIVE | | |
| | c Product or service ▶ INACTIVE | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |

Form **1120** (2012)

**Schedule K**  Other Information *continued* (see instructions)

| | Yes | No |
|---|---|---|
| **5** At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.    X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | Yes | No |
|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) If "Yes," file Form 5452, Corporate Report of Nondividend Distributions. If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | X |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of the corporation's stock entitled to vote or (b) the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | X |
| (i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____ | | |
| (c) The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ | | |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ | | |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $         10,400. | | |
| **13** Are the corporation's total receipts (line 1c plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? | X | |
| If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? If "Yes," complete and attach Schedule UTP. | | X |
| **15a** Did the corporation make any payments in 2012 that would require it to file Form(s) 1099? | | X |
| **b** If "Yes," did or will the corporation file required Forms 1099? | | |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |

Form **1120** (2012)

CITATION HOMES, INC. 94-2147939
Form 1120 (2012) Page 5

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach schedule) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings - Appropriated (attach schedule) | | | | |
| 25 | Retained earnings - Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | ( ) | | ( ) | |
| 28 | Total liabilities and shareholders' equity | | | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

1. Net income (loss) per books
2. Federal income tax per books
3. Excess of capital losses over capital gains
4. Income subject to tax not recorded on books this year (itemize): _____
5. Expenses recorded on books this year not deducted on this return (itemize):
   a Depreciation $ _____
   b Charitable contributions $ _____
   c Travel and entertainment $ _____
6. Add lines 1 through 5
7. Income recorded on books this year not included on this return (itemize):
   Tax-exempt interest $ _____
8. Deductions on this return not charged against book income this year (itemize):
   a Depreciation $ _____
   b Charitable contributions $ _____
9. Add lines 7 and 8
10. Income (page 1, line 28) - line 6 less line 9

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

1. Balance at beginning of year
2. Net income (loss) per books
3. Other increases (itemize): _____
4. Add lines 1, 2, and 3
5. Distributions: a Cash
   b Stock
   c Property
6. Other decreases (itemize): _____
7. Add lines 5 and 6
8. Balance at end of year (line 4 less line 7)

Form **1120** (2012)

Case: 13-54497    Doc# 8    Filed: 10/07/13    Entered: 10/07/13 15:58:21    Page 8 of 14

# SCHEDULE G
## (Form 1120)
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| CITATION HOMES, INC. | 94-2147939 |

**Part I** Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |

**Part II** Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| STEPHEN C. SCHOTT | 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 | US | 100.00 |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.   2C2720 1.000   JSA   Schedule G (Form 1120) (Rev. 12-2011)

6028AW   763B   V12-3.3T   94-2147939   12

| Form **4626** | **Alternative Minimum Tax - Corporations** | OMB No. 1545-0175 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to the corporation's tax return.<br>▶ Information about Form 4626 and its separate instructions is at www.irs.gov/form4626. | **2012** |

| Name | Employer identification number |
|---|---|
| CITATION HOMES, INC. | 94-2147939 |

Note: *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).*

| | | | |
|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | -800. |
| 2 | Adjustments and preferences: | | |
| a | Depreciation of post-1986 property | 2a | |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | |
| o | Other adjustments and preferences | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | 3 | -800. |
| 4 | Adjusted current earnings (ACE) adjustment: | | |
| a | ACE from line 10 of the ACE worksheet in the instructions . . . . 4a  -800. | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount (see instructions) . . . . 4b | | |
| c | Multiply line 4b by 75% (.75). Enter the result as a positive amount . . . . 4c | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments (see instructions). Note: *You must enter an amount on line 4d (even if line 4b is positive).* . . . . 4d | | |
| e | ACE adjustment.<br>• If line 4b is zero or more, enter the amount from line 4c<br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | 5 | -800. |
| 6 | Alternative tax net operating loss deduction (see instructions) . . . . SEE STATEMENT 3 | 6 | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | 7 | -800. |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | |
| a | Subtract $150,000 from line 7 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- . . . . 8a  NONE | | |
| b | Multiply line 8a by 25% (.25) . . . . 8b  NONE | | |
| c | Exemption. Subtract line 8b from $40,000 (if completing this line for a member of a controlled group, see instructions). If zero or less, enter -0- | 8c | 40,000. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | 9 | NONE |
| 10 | Multiply line 9 by 20% (.20) | 10 | NONE |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) (see instructions) | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10 | 12 | NONE |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | 14 | NONE |

For Paperwork Reduction Act Notice, see separate instructions.   Form **4626** (2012)

JSA
2X2400 2.000

Case: 13-54497   Doc# 8   Filed: 10/07/13   Entered: 10/07/13 15:58:21   Page 10 of 14

6028AW  763R                          V12-3.3T        94-2147939          13

CITATION HOMES, INC. 94-2147939

## Adjusted Current Earnings (ACE) Worksheet

*Keep for Your Records*

▶ See ACE Worksheet Instructions.

| | | | |
|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | 1 | -800. |
| 2 | ACE depreciation adjustment: | | |
| a | AMT depreciation | 2a | |
| b | ACE depreciation: | | |
| | (1) Post-1993 property ... 2b(1) | | |
| | (2) Post-1989, pre-1994 property ... 2b(2) | | |
| | (3) Pre-1990 MACRS property ... 2b(3) | | |
| | (4) Pre-1990 original ACRS property ... 2b(4) | | |
| | (5) Property described in sections 168(f)(1) through (4) ... 2b(5) | | |
| | (6) Other property ... 2b(6) | | |
| | (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) ... 2b(7) | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a | 2c | |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | |
| a | Tax-exempt interest income | 3a | |
| b | Death benefits from life insurance contracts | 3b | |
| c | All other distributions from life insurance contracts (including surrenders) | 3c | |
| d | Inside buildup of undistributed income in life insurance contracts | 3d | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) | 3e | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | 3f | |
| 4 | Disallowance of items not deductible from E&P: | | |
| a | Certain dividends received | 4a | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 | 4b | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) | 4c | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) | 4d | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) | 4e | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | 4f | |
| 5 | Other adjustments based on rules for figuring E&P: | | |
| a | Intangible drilling costs | 5a | |
| b | Circulation expenditures | 5b | |
| c | Organizational expenditures | 5c | |
| d | LIFO inventory adjustments | 5d | |
| e | Installment sales | 5e | |
| f | Total other E&P adjustments. Combine lines 5a through 5e | 5f | |
| 6 | Disallowance of loss on exchange of debt pools | 6 | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts | 7 | |
| 8 | Depletion | 8 | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | 9 | |
| 10 | Adjusted current earnings. Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | 10 | -800. |

JSA
2X2410 2.000
6028AW 763R  V12-3.3T  94-2147939  14

Case: 13-54497  Doc# 8  Filed: 10/07/13  Entered: 10/07/13 15:58:21  Page 11 of 14

CITATION HOMES, INC.                                                      94-2147939

FORM 1120, PAGE 1 DETAIL
================================================================================

LINE 17 - TAXES AND LICENSES
----------------------------
   CA FRANCHISE TAX                                                            800.
                                                                    ---------------
      TOTAL                                                                    800.
                                                                    ===============

Case: 13-54497   Doc# 8   Filed: 10/07/13   Entered: 10/07/13 15:58:21   Page 12 of 14

STATEMENT   1
6028AW  763B                    V12-3.3T       94-2147939              15

CITATION HOMES, INC.                                                                                      94-2147939

FORM 1120, PAGE 1 DETAIL

LINE 29A - NON-SRLY NOL DEDUCTION

| YEAR ENDING | ORIGINAL NOL | AMOUNT AVAILABLE | AMOUNT USED | CONVERTED CONTRIBUTIONS | CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 12/31/1999 | 800. | 800. | | | 800. |
| 12/31/2000 | 800. | 800. | | | 800. |
| 12/31/2001 | 800. | 800. | | | 800. |
| 12/31/2002 | 800. | 800. | | | 800. |
| 12/31/2003 | 800. | 800. | | | 800. |
| 12/31/2004 | 800. | 800. | | | 800. |
| 12/31/2005 | 800. | 800. | | | 800. |
| 12/31/2006 | 800. | 800. | | | 800. |
| 12/31/2007 | 800. | 800. | | | 800. |
| 12/31/2008 | 800. | 800. | | | 800. |
| 12/31/2009 | 800. | 800. | | | 800. |
| 12/31/2010 | 800. | 800. | | | 800. |
| 12/31/2011 | 800. | 800. | | | 800. |
| 12/31/2012 | 800. | 800. | | | 800. |
| TOTAL | 11,200. | 11,200. | | | 11,200. |

6028AW  763R                              V12-3.3T  94-2147939              16             STATEMENT 2

CITATION HOMES, INC.                                           94-2147939

FORM 4626 DETAIL
=================================================================

LINE 6 - NON-SRLY AMT NOL DEDUCTION
-----------------------------------

|             |              | AMOUNT    |             | CARRYOVER TO |
| YEAR ENDING | ORIGINAL NOL | AVAILABLE | AMOUNT USED | NEXT YEAR    |
|-------------|--------------|-----------|-------------|--------------|
| 12/31/1999  | 800.         | 800.      |             | 800.         |
| 12/31/2000  | 800.         | 800.      |             | 800.         |
| 12/31/2001  | 800.         | 800.      |             | 800.         |
| 12/31/2002  | 800.         | 800.      |             | 800.         |
| 12/31/2003  | 800.         | 800.      |             | 800.         |
| 12/31/2004  | 800.         | 800.      |             | 800.         |
| 12/31/2005  | 800.         | 800.      |             | 800.         |
| 12/31/2006  | 800.         | 800.      |             | 800.         |
| 12/31/2007  | 800.         | 800.      |             | 800.         |
| 12/31/2008  | 800.         | 800.      |             | 800.         |
| 12/31/2009  | 800.         | 800.      |             | 800.         |
| 12/31/2010  | 800.         | 800.      |             | 800.         |
| 12/31/2011  | 800.         | 800.      |             | 800.         |
| 12/31/2012  | 800.         | 800.      |             | 800.         |
| TOTAL       | 11,200.      | 11,200.   |             | 11,200.      |