Form FIND

UNITED STATES BANKRUPTCY COURT
Northern District of California

In Re: Citation Homes, Inc.                    Case No.: 13–54497 CN 7
           Debtor(s)                            Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 5/21/14                                  By the Court:

                                                Charles Novack
                                                United States Bankruptcy Judge